FLINT v. CHRISTALL. (Circuit Court of Appeals, Second Circuit.) Questions of law certified to the supreme court of the United States. See 18 Sup. Ct. 831.

---

FARMERS' BANK OF KENTUCKY v. STONE et al. (Circuit Court, D. Kentucky. June 4, 1898.) John W. Rodman and W. S. Pryor. for complainant. W. S. Taylor, for Samuel H. Stone, etc. Ira & W. H. Julian, for city of Frankfort. James H. Polsgrove, for county of Franklin. James F. Clay, for Henderson county. Before HARLAN, Circuit Justice, and TAFT and LURTON, Circuit Judges.

TAFT, Circuit Judge. This case is controlled by the points already decided. The Farmers' Bank, in prior adjudications with the county of Franklin, the city of Frankfort, and the city of Henderson, was conclusively adjudged to have an irrevocable contract under the Hewitt act, exempting it from any taxation in excess of that provided therein. There was no such adjudication, however, between the Farmers' Bank and either Scott county or Henderson county. It therefore follows from what has already been decided that as to Scott county and Henderson county the demurrers to the bill should be sustained, and the bill must be dismissed, while as to the other defendants the demurrers will be overruled, and the motions for a preliminary injunction granted.

---

FOLSOM v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 4, 1896.) No. 579. In Error to the Supreme Court of the Territory of New Mexico. Dismissed for want of jurisdiction.

---

FRANTZ v. WEIGAND. (Circuit Court of Appeals, Fifth Circuit. May 17, 1897.) No. 575. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. W. O. Hart, for plaintiff in error. Frank McGloin, for defendant in error. Dismissed pursuant to the twentieth rule.

---

GLYNN et al. v. KEYSER et al. KEYSER et al. v. GLYNN et al. (Circuit Court of Appeals, Fifth Circuit. May 24, 1898.) No. 652. Appeal and Cross Appeal from the District Court of the United States for the Northern District of Florida. J. P. Kirlin and John Eagan. for Dashper E. Glynn & Son. John C. Avery, for W. S. Keyser & Co. Before PARDEE and McCORMICK, Circuit Judges, and PARLANGE, District Judge.

PER CURIAM. The questions raised in this case are identical with those in Wood v. Keyser, 87 Fed. 1007, and Steamship Co. v. Keyser (just decided) 87 Fed. 1005, and for the same reasons the judgment of the district court is affirmed.

---

HOWISON v. ALABAMA COAL & IRON CO. (Circuit Court of Appeals, Fifth Circuit. December 21, 1896.) No. 541. In Error to the Circuit Court of the United States for the Northern District of Alabama. Alexander T. London, for plaintiff in error. John B. Knox and S. J. Bowie, for defendant in error. Dismissed pursuant to the twentieth rule.